# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY LEE WEBB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv558-MHT |
| | ) | (WO) |
| TAHIR SIDDIQ, M.D., in his | ) | |
| official and individual | ) | |
| capacities, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging or claiming failure to provide adequate medical care. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motions for summary judgment should be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of July, 2018.

                                              /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**